# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO

| | |
|---|---|
| NOURI ALAALI,<br><br>    Petitioner,<br><br>vs.<br><br>MICHAEL J. ASTRUE, Commissioner of the United States Social Security Administration,,<br><br>    Respondent. | Case No. CV 09-186-S-REB<br><br>**JUDGMENT** |

In accordance with the Memorandum Decision and Order filed with this Judgment,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is DISMISSED in its entirety with prejudice.

DATED: **September 30, 2010**.

_____
Honorable Ronald E. Bush
U. S. Magistrate Judge

**JUDGMENT - 1**